UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JAMES HANSON PHILLIPS** | **CIVIL ACTION NO. 15-1447**<br>**SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **SHERIFF JERRY PHILLEY, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. §1915 and §1915A.

The Clerk of Court is directed to provide a copy of this judgment to the Keeper of the Three Strikes List, Tyler, Texas.

**MONROE, LOUISIANA, this 13th day of July, 2015.**

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE